**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA LOPEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. dba SAM'S CLUB and DOES I through X, inclusive,<br><br>   Defendants. | CASE NO.: 2:23-cv-01337-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KARLA LOPEZ, and Defendant, SAM'S WEST, INC. dba SAM'S CLUB, by and through their respective counsel of record, that the claims asserted by Plaintiff, KARLA LOPEZ, against Defendant, SAM'S WEST, INC. dba SAM'S CLUB, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

KB/20147-85

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this ___ day of September, 2024.

HALL & EVANS, LLC.

/s/ _____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

DATED this 22 day of October, 2024.

TINGEY INJURY LAW FIRM

_____
BRUCE D. TINGEY, ESQ.
JUSTIN DEWEY, ESQ.
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333-0000
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED** October 28, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC

/s/ _____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendant*

KB/20147-85